and assisting in his defense at all times leading up to his pleas. The only evidence of possible mental infirmities brought to the attention of the trial judge was a motion for continuance filed on petitioner's behalf wherein mention was made of his prior hospitalization "on numerous occasions for mental illness." Also, McCraw asked the trial judge to consider Sloan's mental condition so that the state might provide treatment following his incarceration. This was not sufficient to raise a doubt in the judge's mind as to defendant's mental competency of such magnitude as to cause him to provoke a competency hearing on his own motion.

The judgment is, accordingly, AFFIRMED.

## ORDER GRANTING PETITION FOR REHEARING

Upon consideration of the petition for rehearing, the above panel concludes that rehearing is necessary to consider the effect of the United States Supreme Court's opinion in *Smith v. Wade,* —— U.S. ——, 103 S.Ct. 1625, 75 L.Ed.2d 632 (1983) on the holding in this case.

Accordingly, it is hereby ordered that the petition for rehearing is granted, 705 F.2d 179 (6th Cir.1983). It is further ordered that both parties file with the court within fifteen (15) days a supplemental memorandum of law discussing the district court's charge to the jury on punitive damages in light of *Smith v. Wade.*

---

**Debra P. GRIMM, Plaintiff-Appellee,**

v.

**Q.V. LEINART and Ernst Phillips, Defendants-Appellants.**

**No. 81–5737.**

United States Court of Appeals, Sixth Circuit.

June 6, 1983.

Frank Q. Vettori, J. Anthony Farmer, Knoxville, Tenn., for defendants-appellants.

Herbert S. Moncier, Edward E. Wilson, Knoxville, Tenn., for plaintiff-appellee.

Before KEITH and CONTIE, Circuit Judges, and JOINER *, District Judge.

* Hon. Charles W. Joiner, U.S. District Judge, Eastern District of Michigan, sitting by desig-

**RYDER TRUCK LINES, INC., Plaintiff-Appellee,**

v.

**TEAMSTERS FREIGHT LOCAL UNION NO. 480, et al., Defendants-Appellants.**

**No. 81–5127.**

United States Court of Appeals, Sixth Circuit.

June 14, 1983.

Cecil Branstetter, R. Jan Jennings, Nashville, Tenn., for defendants-appellants.

Robert H. Cowan, Michael Miller, Malcolm McCune, Gracy, Maddin, Cowan & Bird, Nashville, Tenn., for plaintiff-appellee.

## ORDER

A majority of the Judges of this Court in regular service have voted for rehearing of

nation.